# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

United States Gypsum Company
v.
3M Innovative Properties Company
and
3M Company

07cv6381
JUDGE DARRAH
MAG. JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United States Gypsum Company

**FILED**
JN
NOV X 9 2007
11-9-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Jeffrey B. Burgan |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jeffrey Burgan |

| FIRM |
|---|
| Leydig, Voit, & Mayer, Ltd. |

| STREET ADDRESS |
|---|
| Two Prudential Plaza, 180 N. Stetson, Suite 4900 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois, 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6203895 | (312) 616-5600 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐