IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES GYPSUM COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) 07cv6381<br>) JUDGE DARRAH<br>) MAG. JUDGE KEYS |
| 3M INNOVATIVE PROPERTIES COMPANY and 3M COMPANY, | )<br>)<br>) |
| Defendants. | )<br>) |

**FILED**
J.N NOV X 9 2007
11-9-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF CLAIM INVOLVING PATENT**

Pursuant to Rule 3.4 of the Local Rules of the United States District Court for the Northern District of Illinois, Plaintiff provides the following information to be used by the Clerk of the Court for the United States District Court for the Northern District of Illinois as required by 35 U.S.C. § 290.

1. <u>Names and Addresses of Parties</u>

Plaintiff:     United States Gypsum Company
    550 West Adams
    Chicago, Illinois 60661-3676

Defendants:     3M Company
    3M Center
    I-94 and McKnight Rd.
    St. Paul, MN 55144-1000

    3M Innovative Properties Company
    3M Center
    I-94 and McKnight Rd.
    St. Paul, MN 55144-1000

3. <u>Designated Number of the Patent</u>: 7,052,544 B2

    a. <u>Inventor</u>: Nathaniel P. Langford

4. <u>Designated Number of the Patent</u>: 6,673,144 B2

    a. <u>Inventors</u>: Salvatore C. Immordino, Jr. and Richard B. Stevens

Respectfully submitted,

Dated: November 9, 2007

*/s/ H. Michael Hartmann*
H. Michael Hartmann (Ill. Bar No. 1146130)
(hhartmann@leydig.com)
Bruce M. Gagala (Ill. Bar No. 0901342)
(bgagala@leydig.com)
Jeffrey B. Burgan (Ill. Bar No. 6203895)
(jburgan@leydig.com)
John P. Snow (Ill. Bar No. 6287443)
(jsnow@leydig.com)
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601
Telephone: 312-616-5600
Facsimile: 312-616-5700

ATTORNEYS FOR
UNITED STATES GYPSUM COMPANY