# United States District Court for the Northern District of Illinois

Case Number: 07CV6381                Assigned/Issued By: J. N.

Judge Name: DARRAH                Designated Magistrate Judge: KEYS

## FEE INFORMATION

*Amount Due:*    [✓] $350.00    [ ] $39.00    [ ] $5.00
                 [ ] IFP        [ ] No Fee    [ ] Other _____
                 [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                Receipt #: 1115550

Date Payment Rec'd: 11-9-07     Fiscal Clerk: J. N.

## ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
[ ] Citation to Discover Assets            (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_2_ Original and _2_ copies on _11-9-07_ as to _DEFENDANTS_
                                  (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05