U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number: 07 cv 6381
UNITED STATES GYPSUM COMPANY, Plaintiff,
v.
3M INNOVATIVE PROPERTIES COMPANY
and 3M COMPANY, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
3M INNOVATIVE PROPERTIES COMPANY and 3M COMPANY

| | |
|---|---|
| NAME (Type or print) <br> Thomas B. Keegan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Thomas B. Keegan | |
| FIRM <br> KEEGAN, LATERZA, LOFGREN & GLEASON, L.L.C. | |
| STREET ADDRESS <br> 566 West Adams Street, Suite 750 | |
| CITY/STATE/ZIP <br> Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6196077 | TELEPHONE NUMBER <br> 312-655-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |