U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 cv 6381 |
|---|---|

UNITED STATES GYPSUM COMPANY, Plaintiff,
v.
3M INNOVATIVE PROPERTIES COMPANY
and 3M COMPANY, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

3M INNOVATIVE PROPERTIES COMPANY and 3M COMPANY

| NAME (Type or print) |
|---|
| Edward W. Gleason |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Edward W. Gleason |

| FIRM |
|---|
| KEEGAN, LATERZA, LOFGREN & GLEASON, L.L.C. |

| STREET ADDRESS |
|---|
| 566 West Adams Street, Suite 750 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6204438 | 312-655-0200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |