IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES GYPSUM COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>3M INNOVATIVE PROPERTIES COMPANY<br>and 3M COMPANY,<br><br>Defendants. | Civil Action No.: 07 cv 6381<br>Judge Darrah<br>Mag. Judge Keys<br><br>MOTION TO DISMISS |

## MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(3)

Defendants 3M Innovative Properties Company and 3M Company (collectively "3M") respectfully move this Court to dismiss the above captioned lawsuit for improper venue under Fed. R. Civ. P. 12(b)(3). In support of this motion, 3M relies on its concurrently submitted Memorandum of Law In Support Of Motion to Dismiss, the Affidavit of Sharon Grosh and the exhibits attached thereto, and the Declaration of Bruce D. Manning and the exhibits attached thereto. 3M requests oral argument be had on this motion.

Date: December 3, 2007

Respectfully submitted by:

KEEGAN, LATERZA
LOFGREN & GLEASON, L.L.C

By:   /s/*Thomas B. Keegan*
Thomas B. Keegan (#6196077)
Edward W. Gleason (#6204438)

Suite 750
566 West Adams Street
Chicago, IL 60661
Tel.:   (312) 655-0200
Fax:   (312) 655-0202

MP3 20252614.1

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/*Christopher K. Larus*
Martin R. Lueck (#155548)
Christopher K. Larus (#226828)
Anne M. Lockner (#295516)
Bruce D. Manning (#312289)

2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402-2015
Tel.: (612) 349-8500
Fax: (612) 339-4181

**ATTORNEYS FOR DEFENDANTS
3M INNOVATIVE PROPERTIES
COMPANY AND 3M COMPANY**