**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES GYPSUM COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No.: 07 cv 6381<br>Judge Darrah<br>Mag. Judge Keys |
| v. | ) ) ) | |
| 3M INNOVATIVE PROPERTIES<br>COMPANY and 3M COMPANY, | ) ) ) | |
| Defendants. | ) ) ) ) | |

## DECLARATION OF BRUCE D. MANNING

### (In Support Of Defendants' Motion To Dismiss)

Bruce D. Manning declares as follows:

1.     I am Bruce D. Manning, one of the attorneys representing 3M Innovative Properties Company and 3M Company in the above-captioned suit. I was admitted to practice in this Court on January 7, 2003.

2.     Attached as Exhibit A hereto is a true and correct copy of the Complaint filed in the United States District Court for the District of Minnesota by 3M Innovative Properties Company and 3M Company against United States Gypsum Company, filed November 15, 2007.

3.     Attached as Exhibit B hereto is a true and correct copy of the Amended Complaint filed in the United States District Court for the District of Minnesota by 3M Innovative Properties Company and 3M Company against United States Gypsum Company, filed November 28, 2007.

4.      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Minneapolis, Minnesota, this 3rd day of December, 2007.

/s/ *Bruce D. Manning*

Bruce D. Manning