## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6381 | **DATE** | December 6, 2007 |
| **CASE TITLE** | United States Gypsum Co. v. 3M Innovative Properties Co, et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' Motion to Dismiss [13], [15] is entered and continued. Plaintiff's response to the Motion to Dismiss is to be filed on or before January 4, 2008; Defendant's reply brief is to be filed on or before January 18, 2008. The status hearing scheduled for January 23, 2008, is stricken and reset to February 20, 2008, at 9:00 a.m.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|