IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES GYPSUM COMPANY, | ) | Civil Action No.: 07 cv 6381 |
| | ) | Judge Darrah |
| Plaintiff, | ) | Mag. Judge Keys |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| 3M INNOVATIVE PROPERTIES | ) | |
| COMPANY and 3M COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2008, I caused the following documents:

- **3M's Reply Memorandum in Support of Motion to Dismiss**
- **Affidavit of Christopher K. Larus**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

| | |
|---|---|
| **Jeffrey B. Burgan** | jburgan@leydig.com |
| **Bruce M. Gagala** | bgagala@leydig.com |
| **Edward William Gleason** | egleason@kllglaw.com |
| **H. Michael Hartmann** | mhartmann@leydig.com |
| **Thomas Bernard Keegan** | tkeegan@kllglaw.com |
| **Christopher K. Larus** | cklarus@rkmc.com |
| **Martin R. Lueck** | mrlueck@rkmc.com |
| **John Patrick Snow** | jsnow@leydig.com |

MP3 20259103.1

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

None.

Dated: January 18, 2008.            **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

*s/ Christopher K. Larus*
Martin R. Lueck (admitted pro hac vice)
Christopher K. Larus (admitted pro hac vice)
Bruce D. Manning (admitted pro hac vice)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500
Fax: (612) 339-4181

**KEEGAN, LATERZA, LOFGREN & GLEASON, L.L.C**

Thomas B. Keegan (#6196077)
Edward W. Gleason (#6204438)
Suite 750
566 West Adams Street
Chicago, IL 60661
Tel.: (312) 655-0200
Fax: (312) 655-0202

*Attorneys for Defendants 3M Innnovative Properties Company and 3M Company*