# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6381 | DATE | 2/20/2008 |
| CASE TITLE | United States Gypsum Company vs. 3M Innovative Properties, Co., et. al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, 3M's motion to dismiss pursuant to FRCP 12(b)(3) is granted [13]. Enter Memorandum Opinion and Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|