

# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| United States Gypsum Company | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6381 |
| 3M Innovative Properties Co., et. al. | |

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's 2/20/08 memorandum opinion and order, 3M's motion to dismiss pursuant to FRCP 12(b)(3) is granted [13].

Michael W. Dobbins, Clerk of Court

Date: 2/20/2008

/s/ Melanie A. Foster, Deputy Clerk